IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02521-LTB

SANDRA B. TOODLE,

    Plaintiff,

v.

ERIC H. HOLDER, U.S. Attorney General, and
U.S. DEPARTMENT OF JUSTICE,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 30, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 30 day of October, 2012.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk